# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America | CRIMINAL COMPLAINT |
|---|---|
| v. | CASE NUMBER: 25-5116MJ |
| Miguel Angel Antonio Macias | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, Defendant Miguel Angel Antonio Macias violated 18 U.S.C. §§ 922(g)(5) and 924(a)(8), Alien in Possession of a Firearm, described as follows:

**See Attachment A – Description of Count**

I further state that I am a Senior Special Agent (SSA) for the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF), and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

AUTHORIZED BY: AUSA Addison Owen for AUSA John Ballos

*John Ballos*

Lowell I. Farley, Jr., SSA ATF
Name of Complainant

LOWELL FARLEY
Digitally signed by LOWELL FARLEY
Date: 2025.02.23 17:29:58 -07'00'

Signature of Complainant

Sworn to telephonically before me

February 23, 2025, at 6:04 p.m.        at    Phoenix, Arizona
Date                                                                   City and State

HONORABLE DEBORAH M. FINE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## ATTACHMENT A

## DESCRIPTION OF COUNT

### COUNT 1

### Alien in Possession of a Firearm

On or about February 20, 2025, in the District of Arizona, Defendant Miguel Angel Antonio Macias, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess firearms and ammunition, to wit:

(1) A Smith & Wesson, Model SD9VE, 9 x 19 mm caliber semi-automatic pistol, serial# FXZ9611, and,

(2) numerous live rounds of live 9 x 19 mm caliber ammunition,

both of which were previously shipped or transported in interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Lowell I. Farley, Jr., a Senior Special Agent (SSA) for the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) in Phoenix, Arizona being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Senior Special Agent (SSA) with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) and have been so employed since March 2005. I am currently assigned to the ATF Phoenix Field Division, Phoenix Group I Field Office. As an ATF SSA, I am authorized to investigate violations of the laws of the United States and am a law enforcement officer within the meaning of 18 U.S.C. § 2510(7). Prior to becoming an ATF SSA, I was employed by Nippon Telephone & Telegraph (NTT) as a systems engineer. Prior to my employment with NTT, I was employed by Motorola as a software engineer.

2.      I am a graduate of the University of Florida in Gainesville, Florida. I possess Bachelor of Science and Master of Science degrees in Decision & Information Sciences. I am a graduate of the Criminal Investigator Training Program (CITP) at the Federal Law Enforcement Training Center (FLETC) in Glynco (Brunswick), Georgia. I am also a graduate of the ATF Special Agent Basic Training (SABT) program at the ATF National Academy in Glynco, Georgia. Based on my training, knowledge, and experience, I regularly conduct federal criminal investigations of offenses enumerated in Title 18, Title 21, and Title 26 of the United States Code (U.S.C.).

3.      I specifically possess knowledge, training, and experience in investigating violations of statutes enacted in the Gun Control Act of 1968 (GCA), Title 18, U.S.C., Chapter 44 and of statutes enacted in the National Firearms Act of 1934 (NFA), Title 26, U.S.C., Chapter 53. I have attended specialized training provided by ATF in the identification and classification of firearms and determining whether a firearm and/or ammunition has moved in and/or otherwise

affected interstate commerce. I am a recognized interstate nexus expert in the United States District Court for the District of Arizona and for the Southern District of Texas.

4.    During my past 20 years in law enforcement, I have experience in conducting physical surveillance, interviewing witnesses, writing affidavits for warrants, and executing warrants for arrests and searches. I routinely access multiple databases and intelligence-based systems throughout my investigations and have participated in numerous interagency and international investigations.

5.    The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents involved in the investigation, and information obtained from witnesses.

6.    Based on the below facts, your Affiant submits there is probable cause that MIGUEL ANGEL ANTONIO MACIAS, violated Title 18, U.S.C. §§ 922(g)(5) and 924(a)(8), Possession of a firearm and ammunition that have moved in or otherwise affected interstate commerce while being an alien unlawfully present in the United States.

## PROBABLE CAUSE

7.    On February 20, 2025, three (3) Phoenix Police Department (PPD) police officers in a PPD vehicle effected a traffic stop on a vehicle driven by MIGUEL ANGEL ANTONIO MACIAS ("ANTONIO MACIAS") that was operating at a high rate of speed greater than the flow of traffic while bypassing numerous other vehicles. PPD officers initially observed the traffic violation in the vicinity of the intersection of North 67th Avenue and West Thomas Road and they pursued the vehicle westbound on Thomas Road, they followed the vehicle turn right and proceed northbound on N 75th Avenue. The vehicle was a Gold GMC Envoy bearing Arizona License plate# CMY5038. PPD officers approached the vehicle and asked the vehicle's only occupant, ANTONIO MACIAS, for his driver's license. ANTONIO told the PPD officers he did not have a driver's license but, instead, showed the PPD officers an electronic copy of his identification card issued by the Government of Mexico that he had stored on his cellular phone. PPD officers asked ANTONIO MACIAS if he had any weapons in the vehicle. ANTIONIO MACIAS advised he had a firearm in the back seat of the vehicle. One of the PPD officers present

at the stop noted there was a pistol visible in plain view in the rear pocket of the front passenger seat of the vehicle. PPD officers secured the firearm for officer safety during their encounter with ANTONIO MACIAS. PPD officers continued to speak with ANTONIO MACIAS who advised he was not a United States citizen and had been previously denied citizenship. PPD officers had ANTONIO MACIAS step out of the vehicle and advised him of his constitutional rights. ANTONIO MACIAS advised officers he understood his rights and continued to speak with officers. ANTONIO MACIAS further advised officers he came to the United States approximately 21 years ago and advised he knew that he was not allowed to possess a firearm. PPD officers ANTONIO MACIAS told the officers the firearm was not his, but it belongs to a friend who sometimes leaves the firearm in his vehicle.

8.      ANTONIO MACIAS further stated to officers he has handled the firearm in the past about four weeks ago. When asked how the firearm came to be found in its present location, ANTONIO MACIAS advised he moved it from the center console to the rear pocket of the front passenger seat. The GMC Yukon that the Phoenix officers stopped is registered to ANTONIO MACIAS at 5111 North 75th Avenue, Glendale, Arizona 85303 which is near the area where PPD officers effected the traffic stop of ANTONIO MACIAS' vehicle. PPD officers conducted a records check with the United States Department of Homeland Security (DHS) Bureau of Immigration and Customers Enforcement (ICE) and verified ANTONIO MACIAS is unlawfully present in the United States and in violation of Arizona Revised Statues (ARS) 13-3102A4 (Misconduct Involving Weapons-Possession of a Firearm by a Prohibited Possessor-an alien unlawfully present in the United States).

9.      Phoenix PD officers arrested ANTONIO MACIAS on that date for violation of ARS 13-3102A4 and booked him into State custody. ICE planed a detainer on ANTONIO MACIAS. After ANTONIO MACIAS made his bond, he was released from State custody and placed into ICE custody for immigration proceedings. The firearm and ammunition were collected by PPD officers and are currently in PPD custody.

10.     On February 23, 2025, your Affiant was notified of these events by ICE Enforcement and Removal Operations (ERO) personnel. Your Affiant confirmed ANTONIO

MACIAS remains in ICE custody, spoke with one of the arresting officers, and read the Phoenix PD incident report filed in conjunction with the above stated events.

11.     Your Affiant researched the firearm based on the its description as listed in the PPD incident report and, based on Your Affiant's status as a recognized interstate nexus expert in the United States District Court for the District of Arizona and for the Southern District of Texas, Your Affiant knows Smith & Wesson does not manufacture firearms in the State of Arizona, and as such, your Affiant is of the expert opinion that this firearm has moved in and/or otherwise affected interstate commerce to arrive in the State of Arizona. Your Affiant also knows that no ammunition and/or ammunition components are commercially manufactured in the State of Arizona and that the ammunition taken into PPD custody would also have moved in and/or otherwise affected interstate commerce to arrive in the State of Arizona.

## CONCLUSION

12.     For these reasons, your Affiant submits that there is probable cause to believe MIGUEL ANGEL ANTONIO MACIAS committed a violation of 18 U.S.C. §§ 922(g)(5) and 924(a)(8), Alien in Possession of a Firearm.

13.     I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

LOWELL FARLEY
Digitally signed by LOWELL FARLEY
Date: 2025.02.23 17:31:13 -07'00'

Lowell I. Farley, Jr.
Senior Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to and subscribed telephonically this 23rd day of February 2025.

at 6:04 pm

THE HONORABLE DEBORAH M. FINE
United States Magistrate Judge